STATE EX REL. MILTON FASTEEN v. ALBERT E. BICKFORD.[1]

December 21, 1934.

No. 30,181.

*Luke F. Burns,* for appellant (respondent below).
*Rosemeier & Montague,* for respondent (relator below).

PER CURIAM.

This case is companion to State ex rel. Fasteen v. Bickford, as city clerk of the city of Virginia, 193 Minn. 135, 258 N. W. 11, our decision of which is filed herewith. The determinative issues are the same, and the same result must be and is reached.

Accordingly, the order appealed from is reversed and the case remanded with directions to discharge the writ.

[1]Reported in 258 N. W. 13.